# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143993 & (64)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEMARCUS TREVELL YOUNG,
        Defendant-Appellant.

SC: 143993
COA: 296725
Saginaw CC: 09-032753-FC

_____/

By order of September 26, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the October 6, 2011 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded to the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

s1113